# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| Bruce Edward Mack | § | Case No. 15-20720 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 475,700.00 *(Without deducting any secured claims)* | Assets Exempt: 13,845.00 |
| Total Distributions to Claimants: 3,684.38 | Claims Discharged Without Payment: 622,141.85 |
| Total Expenses of Administration: 1,315.62 | |

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 16,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,315.62 | 1,315.62 | 1,315.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 591,257.43 | 18,568.80 | 18,568.80 | 3,684.38 |
| **TOTAL DISBURSEMENTS** | $ 607,257.43 | $ 19,884.42 | $ 19,884.42 | $ 5,000.00 |

4) This case was originally filed under chapter 7 on 06/15/2015. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2017          By: /s/Frank J. Kokoszka, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Harley-Davidson Flhtcui Motorcycle 339 East 59Th Street | 1129-000 | 1,650.00 |
| 2005 Harley-Davidson Flhtcui Shrine Motorcycle 339 East 59Th | 1129-000 | 3,350.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edward Mack 77 Palos Drive Naples, FL 34104 | | 8,000.00 | NA | NA | 0.00 |
| | Edward Mack 77 Palos Drive Naples, FL 34104 | | 8,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 16,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Frank J. Kokoszka | 2200-000 | NA | 15.62 | 15.62 | 15.62 |
| Bank of Kansas City | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,315.62 | $ 1,315.62 | $ 1,315.62 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card P.O. Box 15298 Wilmington, DE 19850 | | 14,603.00 | NA | NA | 0.00 |
| | Goldstine, Skrodzki et al. 835 McClintock Drive Second Floor Burr Ridge, IL 60527-0860 | | 1,487.00 | NA | NA | 0.00 |
| | Millennium Credit Consultants P.O. Box 18160 Saint Paul, MN 55118-0160 | | 176.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Road Suite 232 Rolling Meadows, IL 60008 | | 700.00 | NA | NA | 0.00 |
| | State Bank of Countryside c/o Burke & Handley 1430 Branding Ave, Suite 175 Downers Grove, IL 60515 | | 574,291.43 | NA | NA | 0.00 |
| 2 | Edward Mack | 7100-000 | NA | 16,000.00 | 16,000.00 | 3,174.68 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Goldstine, Skrodzki Et Al. | 7100-000 | NA | 2,568.80 | 2,568.80 | 509.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 591,257.43 | $ 18,568.80 | $ 18,568.80 | $ 3,684.38 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-20720 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Bruce Edward Mack | | | | Date Filed (f) or Converted (c): | 06/15/2015 (f) |
| | | | | | 341(a) Meeting Date: | 07/21/2015 |
| For Period Ending: | 01/12/2017 | | | | Claims Bar Date: | 02/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 339 East 59Th Street Wesmont, Illinois 60559 | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. Tcf Bank 801 Marquette Avenue Minneapolis, Mn 55402-3475 Tcf | 0.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Wearing Apparel 339 East 59Th Street Wesmont, | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Northwestern Mutual Level Term 10 Life Insurance Policy $108 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Ira Account Td Ameritrade Account No. 3737 | 4,945.00 | 0.00 | | 0.00 | FA |
| 6. E M S Construction, Inc. P.O. Box 8 Brookfield, Il 60513 (De | 0.00 | 0.00 | | 0.00 | FA |
| 7. Convington Development Of Justice, Inc. P.O. Box 8 Brookfiel | 472,500.00 | 472,500.00 | | 0.00 | FA |
| 8. 2003 Chevrolet Astro Van 339 East 59Th Street Wesmont, Illin | 3,200.00 | 3,200.00 | | 0.00 | FA |
| 9. 2005 Harley-Davidson Flhtcui Shrine Motorcycle 339 East 59Th  Trustee disputed the secured nature of the alleged lien on the motorcycle. Trustee compromised by selling the non-exempt value in the motorcycle to the Debtor "as is" subject to all and all liens. | 8,400.00 | 3,350.00 | | 3,350.00 | FA |
| 10. 2002 Harley-Davidson Flhtcui Motorcycle 339 East 59Th Street  Trustee disputed the secured nature of the alleged lien on the motorcycle. Trustee compromised by selling the non-exempt value in the motorcycle to the Debtor "as is" subject to all and all liens. | 7,050.00 | 1,650.00 | | 1,650.00 | FA |
| 11. Miscellaneous Hand Tools 339 East 59Th Street Wesmont, Illin | 1,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $499,595.00 | $480,700.00 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has filed a Motion to Sell the Non-Exempt equity in the two motorcycles to the Debtor.

Motion to Sell Property Back to the Debtor was Granted on December 18, 2015.
Debtor to make three installment payments to the Trustee with the final payment due on Feb 18.

Debtor requested that Trustee wait to file Final Report until a settlement
between a corporate entity and a creditor of the debtor was finalized (Debtor was a guarantor of the corporate debt).

TFR Submitted to UST for review and approval on 10/14/2016


Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 10/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-20720 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Bruce Edward Mack | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX0091 |
| | Checking |
| Taxpayer ID No: XX-XXX1877 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/22/15 | 10 | First Merit Bank (cashier's check from debtor) 3731 Prairie Avenue Unit 8 Brookfield, IL 60513 | Sale of Equipment and Inventory Payment # 1 of 3 for the two motorcycles scheduled. | 1129-000 | $1,500.00 | | $1,500.00 |
| 01/18/16 | | First Merit Bank (Cashier's Check) | Sale of Motorcycles Bank to Debtor Payment # 2 of 3 for motorcycles | | $1,500.00 | | $3,000.00 |
| | | | Gross Receipts $1,500.00 | | | | |
| | 9 | | 2005 Harley-Davidson Flhtcui Shrine Motorcycle 339 East 59Th $1,350.00 | 1129-000 | | | |
| | 10 | | 2002 Harley-Davidson Flhtcui Motorcycle 339 East 59Th Street $150.00 | 1129-000 | | | |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,990.00 |
| 02/12/16 | 9 | First Merit Bank cashier's check purchased by debtor, sent by debtor's counsel | Sale of Motorcycles Back to Debtor Payment #3 of 3 for the motorcycles. | 1129-000 | $2,000.00 | | $4,990.00 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,950.00 |
| 12/21/16 | 101 | Frank J. Kokoszka | Distribution | | | $1,265.62 | $3,684.38 |
| | | | Page Subtotals: | | $5,000.00 | $1,315.62 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-20720 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Bruce Edward Mack | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX0091 |
| | Checking |
| Taxpayer ID No: XX-XXX1877 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($1,250.00) 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($15.62) 2200-000 | | | |
| 12/21/16 | 102 | Goldstine, Skrodzki Et Al. 835 Mcclintock Drive Second Floor Burr Ridge, Il 60527-0860 | Final distribution to claim 1 representing a payment of 19.84 % per court order. | 7100-000 | | $509.70 | $3,174.68 |
| 12/21/16 | 103 | Edward Mack Pob 8 Brookfield, Il 60513 | Final distribution to claim 2 representing a payment of 19.84 % per court order. | 7100-000 | | $3,174.68 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $5,000.00 | $5,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $5,000.00 | $5,000.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $5,000.00 | $5,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*   Page Subtotals:   $0.00   $3,684.38

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0091 - Checking | $5,000.00 | $5,000.00 | $0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*